UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

Case No. SACV 06-00448-CJC(MLGx)                               Date:  January 10, 2008

Title: STEPHEN TROY VALDEZ v. PHILIP NEUMAN et al.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Michelle Urie                                                N/A
Deputy Clerk                                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                            None Present

**PROCEEDINGS: (IN CHAMBERS) NOTICE OF DECISION**

     The Court conducted a four day bench trial on December 26 - 28, 2007 and January 4, 2008.  After considering all of the evidence, testimony, and arguments of counsel, the Court finds in favor of Defendants.  Plaintiff has not proven that Defendants materially breached the Mesa Top Operating Agreement or committed fraud in connection with that agreement to support his claims against Defendants.  More specifically, Plaintiff did not prove that Defendants promised or agreed to pay him a $15,000 monthly salary or that Hilo breached its obligation or promise under the Mesa Top Operating Agreement to assume the $265,000 debt incurred by Plaintiff.[1]

     Defendants are directed to file and serve a proposed memorandum of decision to the Court in accordance with this notice of decision by Friday, February 15, 2008.  Defendants are further instructed to include an electronic copy of the proposed memorandum, by cd-rom or other comparable means, with their written submission.

---

[1] The Court agrees with Defendants that it is very significant that the Mesa Top Operating Agreement contains no provision requiring Defendants to pay to Plaintiff a $15,000 monthly salary or pay on demand any of the $265,000 debt incurred by Plaintiff.  The Court, however, disagrees with Defendants that the Mesa Top Operating Agreement is a fully integrated written agreement and that extrinsic evidence cannot be considered.  Accordingly, the Court's ruling in favor of Defendants is based on the wording of the Mesa Top Operating Agreement and the extrinsic evidence presented by the parties.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 06-00448-CJC(MLGx)                                      Date: January 10, 2008
                                                                                                  Page 2

---

Plaintiffs shall file and serve objections to the order, if any, by Friday, February, 29, 2008.

sdt

MINUTES FORM 11
CIVIL-GEN                                                                          Initials of Deputy Clerk MU