JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **STEVEN TROY VALDEZ,**<br><br>　　　　**Plaintiff,**<br><br>　vs.<br><br>**PHILIP NEUMAN, an individual; and HILO AT CAMPBELL HALL ASSOCIATES, LLC, a New York limited liability company,**<br><br>　　　　**Defendants.** | Case No.: SACV 06-00448-CJC(MLGx)<br><br><br>**JUDGMENT** |

　　　In accordance with the Supplemental Memorandum of Decision issued by the Court on February 11, 2011,

　　　IT IS ORDERED AND ADJUDGED that the Plaintiff Steven Troy Valdez take nothing, that the action be dismissed on the merits, and that Defendants Philip Neuman and HILO at Campbell Hall Associates, LLC recover their costs.

DATED:　　February 11, 2011

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE